JS 44 (Rev. 04/21) **JUDGE DAVID GUADERRAMA CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
BRANDON CALLIER

**DEFENDANTS**
REGION CAPITAL GROUP, LLC

**(b)** County of Residence of First Listed Plaintiff: **EL PASO**
County of Residence of First Listed Defendant: **KINGS**

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

Attorneys *(If Known)*

Filed: 2022 SEP 23 PM 1:50
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ____ DEPUTY

Case No.: EP22CV0339

## II. BASIS OF JURISDICTION
[x] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
[x] 485 Telephone Consumer Protection Act

## V. ORIGIN
[x] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
47 U.S.C 227

Brief description of cause:
PLAINTIFF RECEIVED CALLS IN VIOLATION OF THE TCPA

## VII. REQUESTED IN COMPLAINT:
DEMAND $ 18,500.00
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

**DATE:** 9/23/2022
**SIGNATURE OF ATTORNEY OF RECORD:** /s/

**FOR OFFICE USE ONLY**
RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____