Generated: Sep 23, 2022 2:06PM                                                                 Page 1/1



# U.S. District Court

## Texas Western - El Paso

Receipt Date: Sep 23, 2022 2:06PM

BRANDON CALLIER
6336 FRANKLIN TRAIL
EL PASO, TX 79912

Rcpt. No: 513                Trans. Date: Sep 23, 2022 2:06PM                Cashier ID: #LA

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| MO | Money Order | #28017064563 | 09/16/2022 | | $402.00 |
| | | | Total Due: | | $402.00 |
| | | | Total Tendered: | | $402.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments**: CIVIL FILING FEE EP: 22-CV-0339-DCG CALLIER V. REGION CAPITAL GROUP, LLC

Clerk, U.S. District Court - El Paso Division - 525 Magoffin Avenue, Suite 105, El Paso, TX 79901 - (915) 534-6725 - www.txwd.uscourts.gov