**FILED**
February 10, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Javier Martinez
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **BRANDON CALLIER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Cause EP-22-CV-00339-DCG** |
| **v.** | § | |
| | § | |
| **REGION CAPITAL GROUP LLC and YECHEZEKEL KAMENSKY** | § | |
| | § | |
| **Defendants.** | § | |

**PLAINTIFF'S MOTION OF DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Brandon Callier, in his individual capacity, and moves to dismiss Defendants REGION CAPITAL GROUP LLC ("Region") and YECHEZEKEL KAMENSKY ("Kamensky") with prejudice. Plaintiff and Defendants Region and Kamensky have resolved their case.

February 10, 2023,

Respectfully submitted,

*Brandon Callier*

Brandon Callier
6336 Franklin Trail
El Paso, TX 79912
Callier74@gmail.com
915-383-4604

**CERTIFICATE OF SERVICE**

I certify that on February 10, 2023, the foregoing document was electronically submitted to the clerk of the court for the Western District of Texas, using the electronic case filing system of the Court. I certify that I have served all counsel of record via electronic mail a copy of the foregoing.

February 10, 2023,

Respectfully submitted,

Brandon Callier

Brandon Callier
6336 Franklin Trail
El Paso, TX 79912
Callier74@gmail.com
915-383-4604

**RECEIVED**
February 10, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Javier Martinez
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **BRANDON CALLIER,** | § | |
| **Plaintiff,** | § | |
| | § | **Cause EP-22-CV-00339-DCG** |
| **v.** | § | |
| **REGION CAPITAL GROUP LLC and YECHEZEKEL KAMENSKY** | § | |
| **Defendants.** | § | |

**ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS REGION CAPITAL GROUP LLC AND YECHEZEKEL KAMENSKY**

Upon consideration of Plaintiff's Motion to Dismiss Defendants Region Capital Group LLC ("Region") and Yechezekel Kamensky ("Kamensky") it is this, _______ day of ___________________, 2023,

ORDERED that Plaintiff's Motion to Dismiss Defendants Region and Kamensky be and is hereby **GRANTED;**

**SO ORDERED**

_________________________________

**HONERABLE DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**